UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YUDY HERNANDEZ,                                              CASE NO. 1:24-cv-24200-KMW

    Plaintiff,
vs.

WALMART, INC.

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    The Plaintiff, Yudy Hernandez, by and through the undersigned counsel, files this Notice of Voluntary Dismissal with Prejudice and requests that this Court dismiss this case with prejudice. Each side shall bear their own attorney's fees and costs.

Respectfully submitted,

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  305-824-9800
Facsimile:  305-824-3868
Email:  radamslaw7@gmail.com
By:_____/s/_____
RICHARD J. ADAMS, ESQ.
FL BAR NO.: 770434

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email: info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748